**Plaintiff Attorneys**

Stephen M. Irving
Steve Irving, LLC
P. O. Box 2108
Baton Rouge, LA 70832
(225) 752-2688

Jennifer M. Racca
Jen Racca Law
147 Saint Charles St, Baton Rouge, LA 70802
(225) 248-1234

Martin K. Maley, Sr.
Maley Law Firm
P.O. Box 3154
Baton Rouge, LA 70821
225-346-6781